# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Eric Wong,

                    *Plaintiff,*

v.                                      Case No. 0:13–cv–03378–DWF–JSM

Minnesota Department of Human Services, et al.,

                    *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:  Minnesota Department of Human Services

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

            Paul R Hansmeier
            40 S 7th St.
            Suite 212–313
            Minneapolis, MN
            55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD D. SLETTEN, CLERK OF COURT      By:



Signature of Clerk or Deputy Clerk

Amy Linner

Date of Issuance:  January 3, 2014

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:13–cv–03378–DWF–JSM

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Minnesota Department of Human Services

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Eric Wong,

                           *Plaintiff,*

v.                                             Case No. 0:13–cv–03378–DWF–JSM

Minnesota Department of Human Services, et al.,

                           *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:  Lucinda Jesson

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Paul R Hansmeier
        40 S 7th St.
        Suite 212–313
        Minneapolis, MN
        55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*     By:



Signature of Clerk or Deputy Clerk

Amy Linner

Date of Issuance:   January 3, 2014

# Summons and Complaint Return of Service

Case No. 0:13–cv–03378–DWF–JSM

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Lucinda Jesson

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Eric Wong,

                              *Plaintiff,*

v.                                               Case No. 0:13–cv–03378–DWF–JSM

Minnesota Department of Human
Services, et al.,

                              *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:  Hennepin County Human Services and Public Health Department

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

            Paul R Hansmeier
            40 S 7th St.
            Suite 212–313
            Minneapolis, MN
            55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

RICHARD D. SLETTEN, CLERK OF COURT      By:



Signature of Clerk or Deputy Clerk

Amy Linner

Date of Issuance:  January 3, 2014

# Summons and Complaint Return of Service

Case No. 0:13−cv−03378−DWF−JSM

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Hennepin County Human Services and Public Health Department

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Eric Wong,

*Plaintiff,*

v.                                                  Case No. 0:13−cv−03378−DWF−JSM

Minnesota Department of Human
Services, et al.,

*Defendant.*

## SUMMONS IN A CIVIL ACTION

To:  Rex A. Holzemer

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Paul R Hansmeier
        40 S 7th St.
        Suite 212−313
        Minneapolis, MN
        55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

RICHARD D. SLETTEN, CLERK OF COURT      By: 
Signature of Clerk or Deputy Clerk
Amy Linner

Date of Issuance:  January 3, 2014

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:13−cv−03378−DWF−JSM

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:      Rex A. Holzemer

Date of Service: _____

## Method of Service

___ Personally served at this address:
_____
_____
_____

___ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

___ Other (specify):
_____
_____
_____

___ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____