**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Eric Wong, | Case No. 0:13-cv-3378 (DWF/JSM) |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| Minnesota Department of Human Services, et al., | |
| Defendants. | |

---

The undersigned attorney hereby notifies the Court and counsel that Toni A. Beitz shall appear as counsel of record for Defendants Hennepin County Human Services and Public Health Department and Rex A. Holzemer.

                                            MICHAEL O. FREEMAN
                                            Hennepin County Attorney

Dated: January 23, 2014            By: s/Toni A. Beitz
                                            TONI A. BEITZ (6245)
                                            Senior Assistant County Attorney
                                            2000A Government Center
                                            300 South Sixth Street
                                            Minneapolis, MN  55487
                                            Telephone:  (612) 348-8533
                                            Fax No:  (612) 348-8299
                                            toni.beitz@hennepin.us