## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Eric Wong,                                                              Civil No. 13-3378 (DWF/SER)

             Plaintiff,

v.                                                                              **ORDER ADOPTING REPORT
AND RECOMMENDATION**

Minnesota Department of Human Services;
Emily Johnson Piper, in her capacity as
Commissioner of the Minnesota Department
of Human Services; Hennepin County Human
Services and Public Health Department; and
Rex A. Holzemer, in his capacity as Director
of the Hennepin County Human Services
and Public Health Department,

             Defendants.


The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau dated March 29, 2018. (Doc. No. 122.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

### ORDER

1.      Magistrate Judge Steven E. Rau's March 29, 2018 Report and Recommendation (Doc. No. [122]) is **ADOPTED**.

2.      Defendants Hennepin County Human Services and Public Health Department and Rex A. Holzemer's Motion to Dismiss Pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v) (Doc. No. [102]) is **GRANTED**.

3.      Defendants Minnesota Department of Human Services and Emily Johnson Piper's Motion to Dismiss Pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v) (Doc. No. [109]) is **GRANTED**.

4.      This case is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 18, 2018              s/Donovan W. Frank
                                    DONOVAN W. FRANK
                                    United States District Judge